FRANK DALE MASCARENA
3165 KING AVE EAST
BILLINGS, MT. 59101


# UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF FRANK MASCARENA ON BEHALF OF ALL PRESENT AND FUTURE INMATES OF THE YELLOWSTONE COUNTY DETENTION CENTER BILLINGS MONTANA<br><br>PETITIONER \| PLAINTIFF<br><br>VS<br><br>Y.C.D.F<br><br>LIEUTENANT BAILEY<br><br>IN HIS INDIVIDUAL CAPACITY & OFFICIAL<br><br>RESPONDENT \| DEFENDANT | CASE NO<br><br><br>JUDGE<br><br><br><br><br>COMPLAINT<br><br>42 USC §§ 1983 CRUEL & UNUSUAL PUNISHMENT<br><br>INADEQUATE FOOD. SEWAGE |

## JURISDICTION AND VENUE

THIS IS A CIVIL ACTION AUTHORIZED BY 42 U.S.C § 1983 TO REDRESS THE DEPRIVATION UNDER, UNDER COLOR OF STATE LAW UNTO US LAW, OF RIGHTS SECURED BY THE U.S CONSTITUTION. THE COURT HAS JURISDICTION UNDER 28 USC § 1331 & 1343 (a)(3). PLAINTIFF FRANK DALE MASCARENA THE LEAD PLAINTIFF OF THIS CLASS ACTION SEEKS DECLERATORY PURSUANT. OR RELIEF PURSUANT TO 28 U.S.C 2201 and 2202. AND INJUNCTIVE RELIEF UNDER 28 USC § 2283 AND 2284 AND RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE. THE UNITED STATES DISTICT COURT DISTRICT OF MONTANA BILLINGS DIVISION IS THE APPROPRIATE VENUE UNDER 28 USC § 1391 (b)(2) BECAUSE IT IS WHERE THE EVENTS GIVING RISE TO THE CLAIMS AROSE. FURTHERMORE, THIS COMPLAINT HOLD CLASS ACTION ALLEGATIONS.

(1)

# COMPLAINT

## PLAINTIFFS

Plaintiff Frank Dale Mascarena is and will be the lead plaintiff and is a inmate at Yellowstone County Detention. He is representing the class of all present and future inmates of Y.C.D.F!

## DEFENDANTS

Lieutenant Bailey is in charge of the operations here at Y.C.D.F and has control of structures that this complaint is based under. He is the person we ask for certain redress. The class is suing him in his individual and official capacity.

### 1. FACTS

The national standard of calories per inmate is 3000, however Yellowstone County Detention Center does not come any place close to providing that amount of that amount.

### 2. FACTS

The nutrition value in the food served at Y.C.D.F has hardly any real meat and is less then the amount served in elementary schools at Billings public schools. The plaintiffs in this class are adults.

### 3. FACTS

The cells at Y.C.D.F are designed for only one person. However Lieutenant Bailey forces inmates to double that space and to eat 3 meals a day in the cells that is also a bathroom as the toilet is 3 feet away

FROM EACH PERSON AND THIS IS A HEALTH CONCERN DUE TO RAW SEWAGE AND CONTAMINATION FROM CROSS CONTAMINATION OF HUMAN FECES WHICH CAUSES FOOD POISING ILLNESSES.

### 4. FACTS

DUE TO THE LONG HOURS OF LOCKDOWN PROCEDURE OF DAILY HOURS IN GENERAL POPULATIONS THE PLAINTIFFS ARE EXPOSED TO HAZARDS OF FECES ILLNESSES ONTO THE FOOD THEY EAT AS LIEUTENANT BAILEY DOES NOT AT THIS POINT IN TIME SEE THIS AS ANY TYPE OF CONCERN. THE HEALTH DEPARTMENT MUST INSPECT THESE CONDITIONS. W1 IS 20 HOURS LOCKDOWN.

### DENIAL CIVIL RIGHTS

LIEUTENANT BAILEY HAS FRIVILOUSLY DENIED THE RIGHTS OF THE CLASS DEU TO THE FACT THAT HE BELIEVES THAT AFTER THIS AMOUNT OF TIME AND NOBODY KNOWS HOW TO FILE A CLASS ACTION CIVIL LAWSUIT AGAINST HIM THAT HIS DERELICTION OF DUTY WILL NEVER BE LOOKED INTO. THIS IS UNHEALTHY TREATMENT AND UNSANITARY AND A VIOLATION OF THE CLASS MEMBERS FREE TO BE FREE FROM CRUEL AND UNUSUAL PUNISHMENT.

### EXHAUSTION OF ADMINISTRATIVE REMEDIES

THE PLAINTIFFS HAVE EXAUSTED ALL REMEDIES AND LET THIS COURT LOOK INTO THE TIME THIS JAIL HAS BEEN OPENED TO THE TIME BAILEY FIRST

TOOK ON THE DUTIES AS LIEUTENANT AND INSTEAD OF UPHOLDING AND BETTERING THE FOOD PROCEDURES OF THE ISSUES IN THIS COMPLAINT HE HAS MADE THINGS MORE UNCONSTITUTIONAL UNHEALTHY AND UNSAFE. ANY TYPE OF COMPLAINT IS MET WITH HIM RETALIATING.

### CLAIMS FOR RELIEF

THE ACTIONS OF THE DEFENDANT IS DENYING A MORE HEALTHY DIET OF 3000 CALORIES DAILY AND A SAFER SANITARY EVIRONMENT TO EAT IN. BAILEY HAS THUS PROVEN THE BEHAVIORS OF SADISTIC AND MALICIOUS AND COSTITUED CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AMENDMENT OF THE U.S CONSTITUTION.

### RELIEF REQUEST

WHEREFORE, PLAINTIFFS REQUEST THAT THE COURT GRANT THE FOLLOWING RELIEF:

A. ISSUE A DECLERATORY JUDGEMENT STATING THAT.
   1. THE ACTIONS OF LIEUTENANT BAILEY VIOLATES EACH MEMBERS 8TH AMENDMENT.
B. ISSUE AN INJUNCTION ORDERING YELLOWSTONE COUNTY DETENTION CENTER TO:
   1. PROVIDE A 3000 CALORIE DIET TO EACH INMATE DAILY.
   2. ALLOW MORE TIME FOR INMATES TO EAT OUT OF THEIR CELLS AND IN THE CAFETERIA. AWAY FROM THE TOILET IN THEIR CELLS.
C. THERE IS ALSO T.R.O RELIEF IN THE RULE 65
   1. THE T.R.O EXPLAINS FOR A 3000 CALORIE DIET AND MORE HEALTHY PLACE TO EAT.

COMPLAINT

D. THERE WILL BE NO CASH AWARD REQUESTED.

RESPECTFULLY SUBMITTED BY

FRANK DALE MASCARENA

7-20-2022     1:25 PM

3165 KING AVE EAST BILLINGS MT 59101

VERIFICATION

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND AS TO THOSE I BELIEVE THEM TO BE TRUE, I CERTIFY UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

EXECUTED AT YELLOWSTONE
COUNTY DETENTION CENTER
BILLINGS MONTANA
3165 KING AVE EAST
BLGS, MT. 59101

FRANK DALE MASCARENA

7-20-2022     1:40 PM

(5)