UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

_____

| | |
|---|---|
| FRANK MASCARENA, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | CV 22-79-BLG-SPW |
| vs. | |
| Lt. Bailey, | |
| Defendant. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**   **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of November 15, 2022 entered in CV 22-77-BLG-SPW (Doc.21), this action is DISMISSED.

Dated this 15th day of November, 2022.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk